FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 2 3 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Kurt Adam Olsenburg
#P587874 3-A-1-03
201 South 4th Avenue
Phoenix, Arizona 85003

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### Phoenix

Kurt Adam Olsenburg,           Civil Cause No.
     Petitioner,     Writ Of Mandamus     **CV-10-1323-PHX-PGR-MEA**

vs.

State of Arizona,
     Respondents,

Petitioner Requests The Issuance Of Writ Of Mandamus Directed To The State Of Arizona, To Compell The Superior Court To Answer All Prior Filings In Case No.: LC2010-008259-001-DT Being A Special Action.

### Jurisdiction

The Jurisdiction Of This Honorable United States District Court Is Vested Under The Authority Of Title 28 U.S.C. §1651 To Issue Mandamus.

(1 of 4)

## Statement Of Facts

Petitioner filed a Special Action in the Superior Court of the State of Arizona, in Maricopa County on April 1st, 2010. The complaint and summons were served upon the Defendants/Respondents. However the Defendants/Respondents has not appeared to answer the allegations, in "open court" or by way of "affidavits."

Thus causing the Defendants/Respondents of Default in the above action.

However the Petitioner cannot seem to get an answer from the Court or the Clerk.

## Conclusion

It is well settled in the Law, that the Petitioner is entitled to relief and that this Court must issue said Writ Of Mandamus, upon the State of Arizona, Superior Court of Maricopa County, Phoenix.

A well drafted petition for Writ of Mandamus Shall Issue.

In the form of an Order directing the State Court Tribunals to rule on above written Special Action case No.: LC2010-000259-00V-DT and to grant specific relief.

## Prayer

Wherefore the Petitioner Kurt Adam Oldenburg, Prays the Court issue Writ of Mandamus in the Interests of Justice.

## Under Penalty of Perjury

"I, Kurt Adam Oldenburg, declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C.A. §1746. Executed on the 20th day of June, 2010.

*[signature]*"

Respectfully Submitted this 20th day of June, 2010

By: Kurt Adam Oldenburg

*[signature]*

I, Kurt Adam Oldenburg, hereby certify that the original/copy of the foregoing has been mailed/delivered this 20th day of June, 2010 To:

: Clerk of The United States District Court
Sandra Day O'Conner U.S. Courthouse, Suite 130
401 W. Washington Street, SPC-1
Phoenix, Arizona 85003-2118

(3 of 4)

: Honorable United States District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC-1
Phoenix, Arizona 85003-2118

By: Kurt Adam Oldenburg

